THOMAS A. MARINO
United States Attorney
J. JUSTIN BLEWITT, JR.
Assistant U.S. Attorney
311 Wm. J. Nealon Federal Building
Washington & Linden
Scranton, PA  18503
Phone:  (570)348-2800

Attorneys for Plaintiff

```
              UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,    )    1:CR-01-140-01
          Plaintiff,         )
                             )
        V.                   )    SATISFACTION OF JUDGMENT
                             )      (Kane, J.)
                             )
ALBERT ACRI,                 )
          Defendant.         )
```

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Full satisfaction is hereby acknowledged of that certain judgment entered on February 14, 2002, in favor of the United States of America, against the above-named defendant.  The Clerk is hereby authorized and directed to enter full satisfaction of record in this action.

DATED:  December 6, 2004

                                   THOMAS A. MARINO
                                   United States Attorney

                                   /s J. JUSTIN BLEWITT, JR.
                                   J. JUSTIN BLEWITT, JR.
                                   Assistant U.S. Attorney

                                   KAREN M. MUSLOSKI
                                   Paralegal Specialist