Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date

PROB 35      Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT

# FOR THE

# MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.                            Crim. No. 1:CR-01-140

ALBERT ACRI

On December 16, 2003, the above-named commenced a supervised release term of three years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

*[signature]*

Fonda L. Steele
U.S. Probation Officer
Date: December 14, 2005

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___ day of ___, 2005. 

United States District Judge

**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
PROBATION OFFICE
Harrisburg

December 14, 2005

**LEONARD R. BOGART**
CHIEF PROBATION OFFICER

WILLIAM J. NEALON U.S. COURTHOUSE
P.O. BOX 191
SCRANTON, PA 18501-0191
570-207-5840
FAX 570-207-5880

**DIVISIONAL OFFICES:**

HARRISBURG, PA 17108-0805
P.O. BOX 805
717-901-2860
FAX 717-901-2890
WILLIAMSPORT, PA 17701-6458
240 WEST THIRD STREET
SUITE 114
570-323-3688
FAX 570-323-5862
WILKES-BARRE, PA 18701-1500
ROOM 201
197 S. MAIN STREET
570-826-6257
FAX 570-821-4194

## MEMORANDUM

TO:  The Honorable Yvette Kane
     United States District Judge

FROM: Fonda L. Steele
      U.S. Probation Officer

RE:  **Albert Acri**
     Docket No. 1:CR-01-140

### EARLY TERMINATION REQUEST

On February 14, 2005, the above-captioned individual was sentenced by Your Honor to twenty-four months imprisonment and three years supervised release. The Court also ordered payment of a $1,000.00 fine.

Mr. Acri, who commenced supervision with our office on December 16, 2003, has had a good adjustment to supervision and his financial obligation has been paid in full. He maintains a stable home life with his wife, was employed full-time until he had a stroke which required hospitalization, all drug testing have been negative and he has complied with all conditions of supervised release. Further, there has been no indication of any reinvolvement in criminal activity.

18 U.S.C. § 3583 allows the Court to terminate the term of supervised release should the Court be satisfied by the conduct of the releasee and determine that such action is in the interest of justice. Assistant U.S. Attorney Eric Pfisterer has no objection to an early termination.

Attached is an Order for Your Honor's consideration.

Attachment