PROB 35

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

## UNITED STATES DISTRICT COURT

### FOR THE

### MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.  Crim. No. 1:CR-01-140

ALBERT ACRI

On December 16, 2003, the above-named commenced a supervised release term of three years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

*Fonda L. Steele*

Fonda L. Steele
U.S. Probation Officer
Date: December 14, 2005

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 16th day of Dec, 2005.

United States District Judge